NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**VOLKSWAGEN GROUP OF AMERICA, INC.,**
*Appellant*

**v.**

**EMERACHEM HOLDINGS, LLC,**
*Appellee*

———————————

2019-1579

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01558.

———————————

**JUDGMENT**

———————————

STEVEN F. MEYER, Locke Lord LLP, New York, NY, argued for appellant. Also represented by JOSEPH ANTHONY FARCO, Norris McLaughlin, P.A., New York, NY.

MICHAEL J. BRADFORD, Luedeka Neely Group, PC, Knoxville, TN, argued for appellee. Also represented by JACOBUS C. RASSER, Marras Amsterdam BV, Amsterdam, The Netherlands.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and MOORE, *Circuit Judges*).

### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

<u>March 10, 2020</u>          <u>/s/ Peter R. Marksteiner</u>
        Date                    Peter R. Marksteiner
                                Clerk of Court